■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RAWLINGS, Also Known as MICHAEL ROLANDS, Appellant.—Judgment, Supreme Court, New York County (Jerome Hornblass, J.), rendered October 30, 1987, convicting defendant, after a jury trial, of burglary in the third degree and sentencing him, as a second felony offender, to an indeterminate prison term of from 3½ to 7 years, unanimously affirmed.

In this prosecution for the burglary of a restaurant, the only issue raised concerns the court's charge to the jury with respect to the requirement that guilt be proven beyond a reasonable doubt. Aside from possible failure to properly preserve the precise point made on appeal, we have held that a charge defining a reasonable doubt as a doubt for which a jury can "give a reason" is not erroneous *(People v Santiago,* 164 AD2d 824).

In any event, since there was overwhelming proof of the defendant's guilt, the error, if any, would be considered harmless. *(People v Crimmins,* 36 NY2d 230, 237.) Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Rubin, JJ.

■ LAURENCE CONROY, Respondent, v JAMES W. SMITH, Appellant.—Order, Supreme Court, New York County (Stanley Sklar, J.), entered on October 16, 1989, unanimously affirmed, for the reasons stated by Stanley Sklar, J., with costs and disbursements. Concur—Carro, J. P., Asch, Kassal and Smith, JJ.